JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THERESA BERMAN and PHIL BERMAN,

07 CIV 7859

                                             Plaintiffs,

Civil Action No.:

          -against-

**NOTICE OF REMOVAL**

BELLEVUE SOUTH ASSOCIATES LLP, PHIPPS
HOUSES SERVICES INC., WILLIAM
MULLIGAN, JOSEPHINE PERRELLA, LISA
BLOUNT, NEIL D. SONNENFELDT, EDDIE
WARREN, VINCENT BANCEK, JULIA
RODRIGUEZ, FJC SECURITY, AMERICAN RED
CROSS, THE CITY OF NEW YORK – N.Y.P.D.
and THE CITY OF NEW YORK – F.D.N.Y.,

                                             Defendants.
------------------------------------------------------------------X

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK:

          Defendant AMERICAN NATIONAL RED CROSS, s/h/a AMERICAN RED CROSS

(hereinafter referred to as "the Red Cross"), by its undersigned attorneys respectfully represent as

follows:

          1.        On or about April 25, 2006, this action was commenced against the Red Cross by

filing the action in the Supreme Court of the State of New York, New York County, by *pro se*

plaintiffs Theresa Berman and Phil Berman. Upon information and belief, including a review of

various documents located in the court file regarding this matter, plaintiffs were granted

numerous extensions of time within which to serve the defendants. The suit is identified in the

Supreme Court of the State of New York, New York County, as *Theresa Berman and Phil*

*Berman v. Bellevue South Associates, LLP, Phipps Houses Services Inc., William Mulligan,*

*Josephine Perrella, Lisa Blount, Neil D. Sonnenfeldt, Eddie Warren, ·Vincent Bancek, Julia*

*Rodriguez, FJC Security, American Red Cross, The City of New York – N.Y.P.D. and The City of New York, F.D.N.Y*, Index No. 105635/06.

2.  The Summons with Notice is the initial pleading setting forth the claim for relief upon which this *pro se* action is based.  The Red Cross first received copies of the Summons with Notice on or about August 8, 2007.  A copy of the Summons with Notice is attached as Exhibit "A."

3.  No complaint has been served upon the Red Cross.

4.  The Plaintiff's Summons with Notice in the Supreme Court of the State of New York, County of New York, purports to set forth claims for "breach of warranty, fraud, negligence, assault, false imprisonment, illegal search, harassment, theft, property damage, personal injury, slander and libel," and demands "$15 million in compensatory damages," along with "unspecified punitive damages."

5.  The petitioner first received notice that this case was removable on August 8, 2007 (the aforesaid date of its receipt of the Summons with Notice), at which time it was determined that federal subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1441(a) and (b) exists over the Red Cross by virtue of 36 U.S.C. § 300105(a)(5).

6.  In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt of the Summons with Notice by the Red Cross, which received a copy of the Summons with Notice on August 8, 2007.

## JURISDICTION

7.  Federal subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1441(a) and (b) exists over the Red Cross by virtue of 36 U.S.C. § 300105 (a)(5), a provision of the Red Cross's

3

NY/508009v1

federal charter granting it the power to "sue and be sued in courts of law and equity, State or Federal, within the jurisdiction of the United States."

8.     The United States Supreme Court has construed the "sue-and-be-sued" provision of the Red Cross's charter as conferring "original jurisdiction on federal courts over all cases to which the Red Cross is a party, with the consequence that the organization is thereby authorized to remove from state to federal court any state law action it is defending." *American National Red Cross v. S.G.*, 505 U.S. 247, 248, 112 S.Ct. 2465 (1992).

## PARTIES

9.     The Red Cross is informed and believes that the plaintiffs, Theresa Berman and Phil Berman, are now, and were at the time of filing of the Summons and Complaint in this action, and at all intervening times, citizens of the State of New York.

10.     The Red Cross is now, and was at the time of the filing of the Summons and Complaint in this action, and at all intervening times, a corporation organized by act of the United States Congress in the District of Columbia, with its principal place of business in the District of Columbia.

11.     The Red Cross desires to remove this action to this Court and therefore submits this Notice of Removal, along with Exhibit "A," in accordance with 28 U.S.C. §§ 1441(a) and (b) and 1446.

12.     In satisfaction of the "unanimity rule" of 28 U.S.C. § 1446(a), the undersigned contacted co-defendant Phipps Houses Group, and was informed that Phipps Houses Group consents to the removal of this action.

13.     Again in satisfaction of the "unanimity rule" of 28 U.S.C. § 1446(a), on August 28, 2007, this office contacted co-defendant City of New York through Manhattan Torts

4

Division Borough Chief Jenny Montana-O'Connor, at the Office of Corporation Counsel, and requested consent to the removal of this action (see email attached as Exhibit "B"). This office contacted Ms. Montana-O'Connor again on September 4, 2007, requesting consent to the removal of this action (see email attached as Exhibit "C"). To date, we have not received a reply to the request.

14.    Again in satisfaction of the "unanimity rule" of 28 U.S.C. § 1446(a), the undersigned has reviewed the docket of the state court from which this action has been removed and has determined, based on the lack of any affidavits of service or any responsive pleading documents related to co-defendants Bellevue South Associates, LLP, William Mulligan, Josephine Perrella, Lisa Blount, Neil D. Sonnenfeldt, Eddie Warren, Vincent Bancek, Julia Rodriguez and FJC Security, that these defendants have not been served. Consequently, because the above-named co-defendants have not been served with a copy of the initial pleading in this action, their consent to removal is not required. See, e.g., Ell v. S.E.T. Landscape Design, Inc., 34 F.Supp.2d 188 (S.D.N.Y. 1999).

15.    The Red Cross reserves the right to amend or supplement this Notice of Removal.

16.    Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Supreme Court of the State of New York, County of New York.

17.    Pursuant to 28 U.S.C. § 1446(d), petitioners are providing written notice to plaintiffs Theresa Berman and Phil Berman at the address provided on plaintiffs' Summons with Notice.

**WHEREFORE**, AMERICAN NATIONAL RED CROSS, the defendant-petitioner in the action described herein, currently pending in the Supreme Court of the State of New York,

5

County of New York, Index Number 105635/06, prays that the action be removed to this Court.

Dated: New York, New York
September 6, 2007

Yours, etc.

SEDGWICK, DETERT, MORAN
& ARNOLD LLP

By: _____
Jason D. Turken (JT-0075)
*Attorneys for Defendant*
AMERICAN NATIONAL RED CROSS,
s/h/a "AMERICAN RED CROSS"
125 Broad Street
New York, New York 10004-2400
(212) 422-0202
[SDMA File No. 2912-122545]

TO:    Ms. Theresa Berman
       Mr. Phil Berman
       480 2nd Avenue
       New York, NY 10016

       The Phipps Houses Group
       902 Broadway
       New York, NY 10010

       New York City Law Department
       Office of the Corporation Counsel
       100 Church Street
       New York, NY 10007

6

**Exhibit A**

[Print in <u>black</u> ink to fill in the spaces next to the instructions. *Both* pages *must* be completed. This summons <u>cannot</u> be used for divorce actions.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-------------------------------------------X

Ms. Theresa Berman
MR. Phil Berman

**[Your name(s)]**                    Plaintiff(s)

-against-

Bellevue South Associates LiP, And
[See Attached RIDER]

**[Name(s) of party being sued] Defendant(s)**

-------------------------------------------X

**SUMMONS WITH NOTICE**

Index No. ___06105633___

Date Index No. purchased
___4/25___, 200_6_

To the Person(s) Named as Defendant(s) above:

06105635

   PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

   YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

Dated: ___4/25___, 200_6_
**[Date of summons]**

~~FILED~~

APR 25 2006
NEW YORK
COUNTY CLERKS Co.

**RECEIVED**
AUG 0 8 2007
By Doug Kato

L. ___
PhB
**[Sign your name(s)]**
Ms. Theresa Berman
MR. Phil Berman
**[Print your name(s)]**

480 2nd Ave.
N.Y. N.Y. 10016

**[Your address(es) and telephone no.(s)]**

**Defendant(s)**

902 Broadway N.Y. N.Y.c.
813 Jericho turnpike,
New Hyde Park 11040

150 Amsterdam At 66D St.
100 Church St. N.Y. N.Y.

**[Address(es) of party being sued]**

## Attached Rider

Phipps Houses Services Inc.
William Mulligan
Josephine Perrella
Lisa Blount
Neil D. Sonnenfeldt
Eddie Warren
Vincent Bancek
Julia Rodriguez
FJC Security
American Red Cross
The City of N.Y. — N.Y.P.D.
The City of N.Y. — F.D.N.Y.

Notice: The nature of this action is [briefly describe the nature of your

case against the defendant(s), such as, breach of contract, negligence]:

BReach of WARRANTY, FRAUD, negligence, Assault,

FALSE EMPRISonment, ILLEGAL SeaRch, HARRASSment,

Theft, PROPERTY DAMAGE, PERSONAL INJURY, SLANDER,

LIBEL.

_____

The relief sought is [briefly describe the kind of relief you are

asking for, such as, money damages of $25,000] Compensatory Money DAMAGES

OF FIFteen MilLion DolLARs, $15,000,000. And UnSpecified

Punitive DAMAGes.

_____

Should defendant(s) fail to appear herein, judgment will be entered

by default for the sum of 15 million compensatory DAMAGes

And unspecified Punitive [amount of money demanded],

with interest form the date of _____4/25/06_____ [date from which

interest on the amount demanded is claimed] and the costs of this action.

Venue:

Plaintiff(s) designate New York County as the place of trial. The

basis of this designation is [check box that applies]:

☑ Plaintiff(s) residence in New York County

☐ Defendant(s) residence in New York County

☐ Other [See CPLR Article 5]: _____

_____

**Exhibit B**

## Coleman, Nora

| | |
|---|---|
| **From:** | McCauley, Matthew |
| **Sent:** | Tuesday, August 28, 2007 3:58 PM |
| **To:** | 'jmontana@law.nyc.gov' |
| **Cc:** | Turken, Jason; Coleman, Nora; McCauley, Matthew |
| **Subject:** | Berman v. City of New York, et al (American Red Cross) |

Jenny:

Nice chatting with you today.

As I explained, we are under a time constraint for removing this matter to federal court and would need to do so by next week.

Please let me know if your office consents to the removal of the case.

I have also attached copies of pleadings that we have received thus far.  If you have any other materials/filings by plaintiff, it would be greatly appreciated if you would provide us with a copy so that we can all be on the same page.

Send my regards to Muriel as you try to pass this case along.

If you have any questions, please contact me at your convenience.

Best Regards,

Matt


**Matthew J. McCauley**
Attorney at Law

SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
Direct: 212.898.4037
Main: 212.422.0202
Fax: 212.422.0925
Matthew.McCauley@sdma.com
www.sdma.com

Exhibit C

## Coleman, Nora

| | |
|---|---|
| **From:** | McCauley, Matthew |
| **Sent:** | Tuesday, September 04, 2007 3:31 PM |
| **To:** | 'Montana-O'Connor, Jenny' |
| **Cc:** | Turken, Jason; Coleman, Nora |
| **Subject:** | RE: Berman v. City of New York, et al (American Red Cross) |

Hi Jenny:
Hope you enjoyed your weekend.
Just checking in on our request for you consent for removal of this matter to federal court.

Thanks
Matt


**Matthew J. McCauley**
SEDGWICK, DETERT, MORAN & ARNOLD LLP
Direct: 212.898.4037

-----Original Message-----
**From:** Montana-O'Connor, Jenny [mailto:JMontana@law.nyc.gov]
**Sent:** Tuesday, August 28, 2007 4:32 PM
**To:** McCauley, Matthew
**Subject:** RE: Berman v. City of New York, et al (American Red Cross)

Thank you. I forwarded the request to Muriel. Note that we only received a Summons with Notice. We sent a demand for a complaint but our demand was returned as undeliverable, even though we used the address on the Ssummons. I'll keep you posted.

**From:** McCauley, Matthew [mailto:matthew.mccauley@sdma.com]
**Sent:** Tuesday, August 28, 2007 3:58 PM
**To:** Montana-O'Connor, Jenny
**Cc:** Turken, Jason; Coleman, Nora; McCauley, Matthew
**Subject:** Berman v. City of New York, et al (American Red Cross)

Jenny:
Nice chatting with you today.
As I explained, we are under a time constraint for removing this matter to federal court and would need to do so by next week.
Please let me know if your office consents to the removal of the case.
I have also attached copies of pleadings that we have received thus far. If you have any other materials/filings by plaintiff, it would be greatly appreciated if you would provide us with a copy so that we can all be on the same page.
Send my regards to Muriel as you try to pass this case along.
If you have any questions, please contact me at your convenience.
Best Regards,
Matt


**Matthew J. McCauley**
Attorney at Law


SEDGWICK, DETERT, MORAN & ARNOLD LLP


9/5/2007

125 Broad Street, 39th Floor
New York, New York 10004-2400
Direct: 212.898.4037
Main: 212.422.0202
Fax: 212.422.0925
Matthew.McCauley@sdma.com
www.sdma.com

---

The information in this email is intended for the named
recipients only.  It may contain privileged and confidential
matter.  If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone.  Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

9/5/2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the attached NOTICE OF REMOVAL was

served via regular mail on September 6, 2007, upon:


Ms. Theresa Berman
Mr. Phil Berman
480 2nd Avenue
New York, NY 10016

The Phipps Houses Group
902 Broadway
New York, NY 10010

New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007


Dated:   New York, New York
         September 6, 2007

_____
JASON D. TURKEN (JT-0075)

NY/508009v1