UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THERESA BERMAN and PHIL BERMAN,

                Plaintiffs,

-against-

BELLEVUE SOUTH ASSOCIATES LLP, PHIPPS HOUSES SERVICES INC., WILLIAM MULLIGAN, JOSEPHINE PERRELLA, LISA BLOUNT, NEIL D. SONNENFELDT, EDDIE WARREN, VINCENT BANCEK, JULIA RODRIGUEZ, FJC SECURITY, AMERICAN RED CROSS, THE CITY OF NEW YORK -- N.Y.P.D. and THE CITY OF NEW YORK – F.D.N.Y.,

                Defendants.
------------------------------------------------------------------X

Civil Action No.: 07-CV-7859

**NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT**

PLEASE TAKE NOTICE that the undersigned hereby appears in the within action on behalf of defendant AMERICAN NATIONAL RED CROSS, s/h/a "AMERICAN RED CROSS," and demands that you serve a copy of the complaint in the above-entitled action upon the undersigned within twenty (20) days.

Dated: New York, New York
       September 11, 2007

Yours, etc.

SEDGWICK, DETERT, MORAN
& ARNOLD LLP

By: _____
Jason D. Turken (JT-0075)
*Attorneys for Defendant*
AMERICAN NATIONAL RED CROSS,
s/h/a "AMERICAN RED CROSS"
125 Broad Street
New York, New York 10004-2400
(212) 422-0202
[SDMA File No. 2912-122545]

NY/508266v1

TO:   Ms. Theresa Berman
      Mr. Phil Berman
      480 2nd Avenue
      New York, NY 10016

      The Phipps Houses Group
      902 Broadway
      New York, NY 10010

      New York City Law Department
      Office of the Corporation Counsel
      100 Church Street
      New York, NY 10007