## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached NOTICE OF APPEARANCE AND DEMAND FOR COMPLAINT was served via regular mail on September 11, 2007, upon:

Ms. Theresa Berman
Mr. Phil Berman
480 2nd Avenue
New York, NY 10016

The Phipps Houses Group
902 Broadway
New York, NY 10010

New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

Dated:  New York, New York
        September 11, 2007

_____
JASON D. TURKEN (JT-0075)

NY/508266v1