AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

THERESA BERMAN et al.

       Plaintiffs,

**APPEARANCE**

-against-

Case Number:   07-07859

BELLEVUE SOUTH ASSOCIATES LLP. et al.

       Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AMERICAN RED CROSS

I certify that I am admitted to practice in this court.

__9/12/2007__
Date

__[signature]__
Signature

Matthew J. McCauley
Print Name                                    Bar Number

__125 Broad Street, 39th Fl.__
Address

__New York__      __New York__       __10004-2452__
City              State              Zip Code

__(212) 422-0202__                   __(212) 422-0925__
Phone Number                          Fax Number

Matthew.mccauley@sdma.com