**CERTIFICATE OF SERVICE**

      I, **Matthew J. McCauley** hereby certify that on the 12th day of September 2007, a copy of the within **NOTICE OF APPEARANCE** was served by Regular Mail upon the following parties:

        Ms. Theresa Berman
        Mr. Phil Berman
        480 2nd Avenue
        New York, NY 10016

        The Phillips Houses Group
        902 Broadway
        New York, NY 10010

        New York City Law Department
        Office of Corporation Counsel
        100 Church Street
        New York, NY 10007

Dated: New York, New York
September 12, 2007

                                              Matthew J. McCauley ( MJM 9610 )