AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

THERESA BERMAN et al.

        Plaintiffs,

**APPEARANCE**

-against-

Case Number: 07-07859

BELLEVUE SOUTH ASSOCIATES LLP. et al.

        Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AMERICAN RED CROSS

I certify that I am admitted to practice in this court.

9/12/07
Date

Signature

Nora Coleman          NC 6347
Print Name            Bar Number

125 Broad Street, 39th Fl.
Address

New York      New York      10004-2452
City          State         Zip Code

(212) 422-0202          (212) 422-0925
Phone Number            Fax Number

Nora.coleman@sdma.com