## **CERTIFICATE OF SERVICE**

I, **Nora Coleman**. hereby certify that on the 12th day of September 2007, a copy of the within **NOTICE OF APPEARANCE** was served by Regular Mail upon the following parties:

Ms. Theresa Berman
Mr. Phil Berman
480 2nd Avenue
New York, NY 10016

The Phillips Houses Group
902 Broadway
New York, NY 10010

New York City Law Department
Office of Corporation Counsel
100 Church Street
New York, NY 10007

Dated: New York, New York
September 12, 2007

Nora Coleman         ( NC-6347 )