UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Theresa Berman, et ano
, pro se

v.

Bellevue South Associates, et al.

------------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 7859 (LAK)(AJP)

U.S. DISTRICT COURT FILED OCT - 5 2007 S.D. OF N.Y.

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ✓

10/4  Peck

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: New York, New York

_____
United States District Judge

MICROFILM  OCT - 5 2007  12:28 PM

Returned to chambers for scanning on 10/9/07
Scanned by chambers on _____